UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-0016-MJP |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| NARINDER PAL, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>:

    Conspiracy to Commit Bank Fraud

<u>Date of Detention Hearing</u>:   January 31, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant and her husband, who is a co-defendant, are charged by Indictment with

DETENTION ORDER                                      15.13
18 U.S.C. § 3142(i)                                Rev. 1/91
PAGE 1

01 Conspiracy to Commit Bank Fraud. The actions cited as overt acts in furtherance of the

02 conspiracy are alleged to have occurred from 2000 to 2006.

03     (2)    Defendant made her initial appearance in this matter in the District of Oregon, and

04 was ordered detained as a risk of nonappearance. The case agent reports that execution of a

05 search warrant allegedly produced credit cards and passports with different alias names and

06 several genuine identification documents in names other than the defendants. In fact, no

07 identifications documents in the true names of the defendants were located at the time of search.

08 The AUSA alleges that the defendants are associated with hundreds of alias names and possess

09 false immigration and passport documents, and that many of the false identification documents

10 alleged to have been utilized in the charged offense have not been located. Documents were

11 located at the time of arrest that indicate substantial funds derived from the proceeds of the alleged

12 offense were moved offshore by the defendants.

13     (3)    Defendant was born in India. She states that she has permanent resident alien

14 status in the United States since 1994 but the government has not verified this. Her parents and

15 a brother reside in India. At the time of her arrest, she was living in Oregon with her husband.

16 Her children are residing in California with relatives. The AUSA alleges the defendant were

17 preparing to flee the country at the time of their arrest.

18     (4)    Defendant poses a risk of nonappearance due to her status as a native and citizen

19 of India with strong family ties in that country, no ties to this District, numerous alias forms of

20 identification alleged to have been found in the residence at the time of search, some unverified

21 personal information, substantial funds allegedly derived from the instant offense unaccounted for,

22 and the alleged use of multiple personal identifiers. Defendant poses a risk of danger due to the

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

nature of the instant offense.

  (5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

  (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

  (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

  (4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  31st  day of  January , 2006.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER  15.13
18 U.S.C. § 3142(i)  Rev. 1/91
PAGE 3